1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GENE WOODHAM,

11              Plaintiff,                    No. CIV S-09-0082 GGH P

12          vs.

13   RN  DATOR, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed April 20, 2009 (docket # 9), various claims

18   from plaintiff's amended complaint were dismissed with leave to file a second amended

19   complaint.  Plaintiff has now filed a second amended complaint.

20              The second amended complaint states a cognizable claim for relief pursuant to 42

21   U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are

22   proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

23              In accordance with the above, IT IS HEREBY ORDERED that:

24              1. Service is appropriate for the following defendants:  Registered Nurse (RN)

25   Dator; RN Stormes; RN S. Wholer; Licensed Vocational Nurse (LVN) R. Cook; Dr. J. Soltanian-

26   Zadeh; Dr. B. Williams.

1

1         2.  The Clerk of the Court shall send plaintiff six (6) USM-285 forms, one

2  summons, an instruction sheet and a copy of the second amended complaint filed April 30, 2009

3  (docket # 11).

4         3.  Within thirty days from the date of this order, plaintiff shall complete the

5  attached Notice of Submission of Documents and submit the following documents to the court:

6            a.  The completed Notice of Submission of Documents;

7            b.  One completed summons;

8            c.  One completed USM-285 form for each defendant listed in number 1

9            above; and

10           d.  Seven (7) copies of the endorsed second amended complaint filed April

11           30, 2009 (docket # 11).

12         4.  Plaintiff need not attempt service on defendants and need not request waiver of

13  service.  Upon receipt of the above-described documents, the court will direct the United States

14  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15  without payment of costs.

16  DATED: July 22, 2009

17

18                           /s/ Gregory G. Hollows

                                           _____

19                         UNITED STATES MAGISTRATE JUDGE

20  GGH:009<br>wood0082.1am

21

22

23

24

25

26

1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GENE WOODHAM,

11             Plaintiff,                        No. CIV S-09-0082 GGH P

12        vs.

13   RN DATOR, et al.,                           NOTICE OF SUBMISSION

14             Defendants.                           OF DOCUMENTS

15   _____/

16        Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18        ___1___      completed summons form

19        ___6___      completed USM-285 forms

20        ___7___      copies of the ___April 30, 2009 (docket # 11)___
                                     Second Amended Complaint
21   DATED:

22

23                                        _____
                                          Plaintiff
24

25

26