IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENE WOODHAM,

        Plaintiff,                    No. CIV S-09-0082 GGH P

    vs.

RN DATOR, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Following this court's <u>Order</u>, filed on March 15, 2010, directing reimbursement by defendants to the U.S. Marshal's Office for the cost of personal service upon defendants Wholer; Stormes; Dator; Soltanian-Zadeh; Williams; and Cook, counsel for defendants filed a declaration with exhibits demonstrating that, as to defendants Williams and Cook, they were not personally served at the time that counsel communicated to the Marshal's Office by email, on February 4, 2010, that she was collecting the executed waivers to forward to the Marshal's Office and requesting no personal service of defendants. Declaration of Shanan Hewitt, Exhibit A, p. 2. The response by the Marshal's Office, dated February 4, 2010, states that defendants had been personally served the previous day. Hewitt Dec., Exhibit A, p. 1. However, the court has previously noted that defendant Williams was personally served on February 8, 2010, and defendant Cook was personally served on February 10, 2010. <u>See</u> <u>Order</u>, filed on March 15,

1

2010, p. 2, noting Docket #'s 30 and 31. Based on this showing, the court will rescind/vacate its prior order as to defendants Cook and Williams only.

Accordingly, IT IS HEREBY ORDERED that:

1. The <u>Order</u>, filed on March 15, 2010 (Docket # 36), is vacated only to the extent that defendant Williams has shown good cause to be discharged from the obligation to reimburse the U.S. Marshal's Office in the amount of $55.50 for personal service, as has defendant Cook to be discharged of the obligation to reimburse the Marshal's Office in the amount of $321.00 for personal service, and these defendants are not required to make such reimbursements.

2. The Clerk of the Court shall serve a copy of this order on Valerie Duran, U.S. Marshals Service.

DATED: March 26, 2010            /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
wood0082.ord2