IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENE WOODHAM,

        Plaintiff,                    No. CIV S-09-0082 WBS GGH P

    vs.

RN DATOR, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, because no answer or summary judgment has been filed, plaintiff's request is self-executing, ,i.e., it is automatically dismissed pursuant to Fed.R. Civ. P. 41(a) Accordingly, IT IS HEREBY ORDERED that the Clerk close this dismissed case.

DATED: October 15, 2010

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
wood0082.59a